### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1.      I, Your Affiant, Jonathan Dennis, is a full-time salaried law enforcement officer for the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so since August 12, 2019. I routinely investigate violations of federal criminal statutes, to include violations of federal firearms and narcotics laws. I have specifically investigated violations related to subjects who are found to be in possession of illegal and altered firearms. Prior to being a Special Agent with ATF, I was a full-time salaried law enforcement officer for the Aurora Police Department for approximately 10 years. While at the Aurora Police Department, I assisted in the apprehension and investigation of individuals involved in serious violent crime to include Homicide, Kidnapping, Aggravated Battery and Assaults, Narcotics Trafficking, Firearm Trafficking and Prohibited Persons in Possession of Firearms. Four (4) of my ten (10) years with the Aurora Police Department were spent as an Officer and Investigator in the Gang Intervention Unit (GIU). Two (2) of my ten years with the Aurora Police Department were spent as an Officer for the Aurora Special Weapons and Tactics Team (SWAT). During these years, the majority of the investigations focused specifically on gang crime and gang motivated crimes to include shootings, homicides, aggravated assaults and robberies. Since becoming a Special Agent with ATF and since being assigned and located in Denver, CO in 2020, I have assisted the Denver Metro area police departments and Sheriff Offices in numerous investigations. While employed by the Aurora Police Department, I was assigned to the Metro Gang Task Force (MGTF) for approximately one (1) year. I have been involved in the investigation of more than 200 cases involving Firearms and/or Narcotics violations. I have written and/or participated in the execution of federal and state search warrants involving violent crime, organized crime, illegal firearms

possession, illegal immigration enforcement and the use and trafficking of narcotics and armed narcotics trafficking.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

3. This affidavit is submitted in support of an arrest warrant and criminal complaint charging Juan Carlos RAMOS aka Juan Ramos-Gil with Illegal Re-entry of a removed alien, in violation of Title 8 United States Code § 1326(a). I submit that the facts below outline probable cause to believe that, on December 28, 2022, in the State and District of Colorado, RAMOS, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about September 7, 2009, and returned to the United States without the express consent of proper legal authority to reapply for admission to the United States, all in violation of Title 8, United States Code, § 1326(a).

4. ICE encountered RAMOS on December 28, 2022, when the Law Enforcement Support Center notified the ICE Denver Field Office that RAMOS had been arrested by Denver Police Department (DPD), in the City and County Denver, Colorado, for charges associated with trespassing; ICE did not issue a detainer. Fingerprints obtained upon arrest matched immigration records for "Juan Carlos RAMOS" a citizen of Guatemala who was last removed from the United States on September 7, 2009.

5. A review of immigration databases revealed the following:

   a) RAMOS (Axxx xxx 217) was granted a voluntary departure on September 12, 1995, and failed to depart by October 1st. 1995 in Los Angelas California.

b) On February 23, 2009, RAMOS filed for a motion to re-open and an Immigration Judge (IJ) denied the motion on March 18, 2009. RAMOS was removed from the United States on May 4, 2009, pursuant to that order through Phoenix, Arizona.

c) RAMOS was encountered by immigration officials on August 28, 2009, in Lukeville, Arizona.

d) On August 29, 2009, RAMOS was issued a Notice of Intent/Decision to Reinstate Prior Order, issued by a designated immigration official.

e) RAMOS was removed pursuant to that Order on September 7, 2009, through Phoenix, Arizona.

6. Database searches revealed no evidence that RAMOS had any contact with law enforcement anywhere in the United States between August 29, 2009, and December 2022.

7. According to checks of various immigration databases, RAMOS has not applied for, nor has he been granted, permission to enter or to remain in the United States.

I, Jonathan Dennis, being duly sworn according to law, depose and say that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information and belief.

s/Jonathan Dennis
Jonathan Dennis
Special Agent, ATF

Sworn to before me this 5th day of September 2025

_____
Hon. Scott T. Varholak
Chief United States Magistrate Judge

Affidavit reviewed and submitted by Elizabeth E. Puskar, Special Assistant United States Attorney.